FRANK E. NASH, Doing Business under the Name of FRANK E. NASH FENCE COMPANY, Appellant, *v.* FRANK MENNAN, as President of Local 580 of the International Association of Bridge, Structural and Ornamental Iron Workers, et al., Respondents.

Argued March 3, 1952; decided April 17, 1952.

*Garry J. Fury* for appellant.

*Harold Stern* for respondents.

Judgment affirmed, with costs; no opinion.

Concur: LOUGHRAN, Ch. J., LEWIS, CONWAY, DESMOND, DYE, FULD and FROESSEL, JJ. [See 304 N. Y. 594.]